## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jennifer Reick

                Plaintiff,                Civil 07-4937 (PAM/JSM)

v.

                                          **ORDER OF DISMISSAL**

Life Insurance Company of North
America,

                Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July   17  , 2008

                                                  s/Paul A. Maguson
                                                  Paul A. Magnuson, Judge
                                                  United States District Court